IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL W. VLACH, Owner, LGM Services LLC; and AMY N. MARRS, Owner, LGM Services LLC;<br><br>          Petitioners,<br><br>  vs.<br><br>UNITED STATES,<br><br>          Respondent. | 8:19CV198<br><br>**ORDER** |

1) The unopposed motion to withdraw filed by Gretchen L. McGill, as counsel of record for Petitioners (Filing No. 15), is granted.

2) Gretchen L. McGill shall provide a copy of this order to Petitioners and shall file a certificate of service stating she has down so and disclosing Petitioners' current or last known address.

3) On or before August 26, 2019, Petitioners shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of their intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Petitioners' claims without further notice.

Dated this 5th day of August, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge