IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL W. VLACH, Owner, LGM Services LLC; and AMY N. MARRS, Owner, LGM Services LLC;<br><br>　　　　　Petitioners,<br><br>　　vs.<br><br>UNITED STATES,<br><br>　　　　　Respondent. | 8:19CV198<br><br>**FINDINGS AND RECOMMENDATION** |

　　Petitioners' former counsel was granted leave to withdraw on August 5, 2019. (Filing No. 16). The order granting counsel's leave to withdraw gave Petitioners until August 26, 2019 to either a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a notice of intent to pursue this case without the assistance of counsel,. Petitioners were also warned that failure to comply with the court's order may result in a dismissal of Plaintiff's claims without further notice. (Filing No. 16). Petitioners' former counsel served Petitioners via U.S. Certified Mail, Return Receipt requested, and U.S. Priority mail, postage prepaid on August 5, 2019.

　　Petitioners Daniel W. Vlach and Amy N. Marrs failed to comply with the court's order.

　　Accordingly,

　　IT IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, pursuant to 28 U.S.C. § 636(b), that Petitioner Daniel W. Vlach and Petitioner Amy N. Marrs' Petition to Quash Summons be dismissed for want of prosecution and without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

IT IS FURTHER ORDERED: The clerk shall mail a copy of this recommendation to Petitioners at the following address and shall add Petitioners' address to the docket:

> LGM Services LLC
> 3919 N. 156th Ave.
> Omaha, NE 68116

Dated this 4th day of September, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge